Reset Form

1

2

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

3

4

5

6

7

8

Joshu Osmanski

Plaintiff(s),

v.

Cathay Pacific Airways, et. al

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)

Case No: 3:15 cv-1254

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

9

10

11

12

I, Matthew Z. Crotty _____, an active member in good standing of the bar of
Washington _____, hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Joshu Osmanski _____ in the
above-entitled action. My local co-counsel in this case is Stephen Onstot _____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

13

14

15

16

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 905 W. Riverside Ave. Ste. 409<br>Spokane, WA 99201 | 1601 Barton Road #3902<br>Redlands, CA 92373 |
| MY TELEPHONE # OF RECORD:<br>(509) 850-7011 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(805) 551-4180 |
| MY EMAIL ADDRESS OF RECORD:<br>matt@crottyandson.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>stephen_onstot@yahoo.com |

17

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 39284 _____.

18

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

19

20

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

21

22

Dated: 3/13/2015                              Matthew Z. Crotty _____
                                                          APPLICANT

23

24

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

25

26

27

IT IS HEREBY ORDERED THAT the application of Matthew Z. Crotty _____ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

28

Dated: 3/18/2015                              DONNA M. RYU _____
                                                          UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 39284 |
| | ) | |
| OF | ) | CERTIFICATE |
| | ) | |
| MATTHEW ZACHARY CROTTY | ) | OF |
| | ) | |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | GOOD STANDING |
| | ) | |
| | ) | |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

## MATTHEW ZACHARY CROTTY

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the

Courts of the State of Washington on October 29, 2007, and is now and has continuously since that date

been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of said Court this 2nd day of
March, 2015.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court