1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7    JOSHU OSMANSKI,                         Case No.  15-cv-01254-JD
              Plaintiff,
8
9         v.                                 **ORDER CONDITIONALLY
                                             DISMISSING CASE**
10   CATHAY PACIFIC AIRWAYS LTD., et
     al.,
11            Defendants.
12
13        The Court is advised that the parties have settled.  Dkt. No. 51.  Consequently, the Court
14   dismisses this case without prejudice.  If any party certifies to the Court within **sixty** days from the
15   date of this order that the agreed consideration for the settlement of this action has not been
16   delivered, this order will be vacated and the case will be set for a case management conference.  If
17   no certification is filed, the dismissal will be with prejudice after the passage of the sixty days.
18        **IT IS SO ORDERED.**
19   Dated:  October 29, 2015
20
21                                           _____
22                                           JAMES DONATO
                                             United States District Judge
23
24
25
26
27
28